[No. 66659-2-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LEE RAMSEUR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04003-6, Catherine D. Shaffer, J., entered January 24, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Schindler, JJ.

[No. 66855-2-I.   Division One.   June 4, 2012.]

*In the Matter of the Marriage of* JOEL J. COHN, *Respondent*, and PAULA R. COHN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-01403-2, James A. Doerty, J., entered March 4, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ.

[No. 66947-8-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. A.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-02188-6, Helen Halpert, J., entered March 30, 2011. *Dismissed* by unpublished per curiam opinion.

[No. 66995-8-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLDO ZARATE CORIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06036-3, Mariane C. Spearman, J., entered March 28, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Schindler, JJ.